**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-6976**

———————

GREGORY MARSHALL,

                                        Petitioner - Appellant,

        versus

SEWALL SMITH, Warden; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

                                        Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Walter E. Black, Jr., Senior District
Judge. (CA-93-1511-B)

———————

Submitted:  February 20, 1996          Decided:  March 4, 1996

———————

Before MURNAGHAN, NIEMEYER, and HAMILTON, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Gregory Marshall, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Mary Ellen Barbera, Assistant Attorney General,
Baltimore, Maryland for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion adopting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Marshall v. Smith, No. CA-93-1511-B (D. Md. May 2, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Appellant's motions for production of documents, to remand the case, and to disqualify the district court judge are denied.

DISMISSED